IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| H. E. SCOBEE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. ) 05-488-BH-B |
| POINT CLEAR HOLDINGS, INC., | ) ) |
| Defendant. | ) |

## ORDER

This action is before the Court on plaintiff's motion to retax costs (Doc. 108). Upon consideration of the motion, defendant's objections thereto (Doc. 110) and all other pertinent portions of the record the Court concludes and it is therefore **ORDERED** that the motion is due to be and is hereby **GRANTED** only to the extent that **COSTS** are hereby **TAXED** in favor of the plaintiffs and against the defendant in the amount of **$850.00,** representing filing fees of $250.00 and court reporter fees of $605.00. The motion is due to be and is hereby otherwise **DENIED** for the reasons stated by the defendant. The Court agrees that plaintiffs have failed to present any justification for receiving reimbursement for their portion of the mediator's fee and have failed to itemize the cost of copies which were incurred by their own admission for a variety of reasons.

**DONE** this 14th day of August, 2008.

s/ W. B. Hand<br>
SENIOR DISTRICT JUDGE